McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| JEWELENE ALLEN,<br><br>         Plaintiff,<br><br>    v.<br><br>OFFICER KILBURN, UNITED STATES OF AMERICA, VETERANS ADMINISTRATION,<br><br>         Defendants. | No. 2:06-CV-00315-WBS-DAD<br><br><br><br>STIPULATION FOR MENTAL EXAMINATION; ORDER |

It is stipulated that, pursuant to Rule 35 of the Federal Rules of Civil Procedure, plaintiff will submit to a mental examination by a psychiatrist and at a place and time that is agreed to by the parties.

DATED: December 8, 2006        McGREGOR W. SCOTT
                               United States Attorney



                     By: ____/s/ John F. Gisla_____
                               JOHN F. GISLA
                               Assistant United States Attorney
                               Attorneys for the United States

1   DATED: December 8, 2006    /s/ Herman Franck
                                      HERMAN FRANCK

2                                        Attorney for Plaintiff

3

4   IT IS SO ORDERED.

5   DATED: December 11, 2006.

6

7

                                  DALE A. DROZD

8                                  UNITED STATES MAGISTRATE JUDGE

9

10

11  Ddad1/orders.civil/allen0315.ord

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California, and is of such age and discretion to be competent to serve papers.

That on December 8, 2006, she served a copy of:

STIPULATION FOR MENTAL EXAMINATION; ORDER

by placing said copy in postpaid envelopes addressed to the persons at the place and addresses shown below, which are the last known addressees, and deposited said envelopes and in the United States mail in Sacramento, California.

Addressee(s):

Herman Franck, Esq.
1801 7th Street, Suite 150
Sacramento, CA 95814

/s/ Amber Jose

3