```
McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWELENE ALLEN,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER KILBURN, UNITED STATES OF AMERICA, VETERANS ADMINISTRATION,<br><br>    Defendants. | No. 2:06-CV-00315-WBS-DAD<br><br>JOINT STIPULATION TO ELECT REFERRAL OF ACTION TO VDRP PURSUANT TO LOCAL RULE 16-271; ORDER |

Pursuant to Local Rule 16-271, the parties hereby jointly agree to submit the above-entitled action to the Voluntary Dispute Resolution Program (VDRP).

```
DATED: March 12, 2007        McGREGOR W. SCOTT
                             United States Attorney



                         By:   /s/John F. Gisla
                             JOHN F. GISLA
                             Assistant United States Attorney
                             Attorneys for the United States



DATED: March 8, 2007          /s/Herman Franck
                             HERMAN FRANCK
                             Attorney for Plaintiff
```

1

ORDER

Pursuant to the foregoing stipulation, this case is referred to the Voluntary Dispute Resolution Program.

DATED: March 14, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE