1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN F. GISLA, SB #42829
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2740

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JEWELENE ALLEN, | No. 2:06-CV-00315-WBS-DAD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL; ORDER OF DISMISSAL |
| OFFICER KILBURN, UNITED STATES OF AMERICA, VETERANS ADMINISTRATION, | |
| Defendants. | |

    Pursuant to the terms of a written Settlement Agreement, and pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that the Complaint in this action be dismissed with prejudice, with the parties bearing their own fees and costs.

DATED:   6/15/2007                McGREGOR W. SCOTT
                                  United States Attorney


                          By:   /s/
                                JOHN F. GISLA
                                Assistant United States Attorney
                                Attorneys for the United States

1

1  DATED: 6/12/2007                /s/
                                   JEWELENE ALLEN
2                                  Plaintiff

3

4  DATED: 6/14/2007                /s/
                                   HERMAN FRANCK
5                                  Attorney for Plaintiff

ORDER OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this action is dismissed with prejudice, with the parties bearing their own fees and costs.

DATED:  June 19, 2007

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE